UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        )<br>                                                               )<br>             **Plaintiff**                            )<br>     **v.**                                                    )      **Crim No. 99-66-B-S**<br>                                                               )<br>**DOC BRATT, a/k/a Lester R. Grant,**  )<br>**a/k/a Doc Lightfoot,**                        )<br>                                                               )<br>             **Defendant**                         )   | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 29) filed June 26, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Amended Motion to Appoint Counsel (Docket No. 25) is **DENIED**; his Rule 60(b) Motion (Docket No. 25) is **DENIED**; and his Motion to Proceed in forma pauperis (Docket No. 25) is **MOOT** because there is no filing fee associated with this action.

　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 16th day of July, 2008.